# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| BARBARA SCHADER, | : | No. 370 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| RANDOLPH SCHADER, | : | |
| Respondent | : | |

| | | |
|---|---|---|
| BARBARA SCHADER, | : | No. 371 MAL 2015 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : | |
| RANDOLPH SCHADER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.